■ In the Matter of SHELDON TORN, Appellant, v MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, et al., Respondents.—Order, Supreme Court, New York County (Robert White, J.), entered on June 26, 1985, as resettled by order entered on or about August 16, 1985, and an amended judgment of said court, entered on or about August 29, 1985, unanimously affirmed for the reasons stated by Robert White, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Sandler, Asch, Rosenberger and Wallach, JJ.

■ COAST MANUFACTURING CORP., Respondent, v INSURANCE COMPANY OF NORTH AMERICA et al., Defendants, and BRAUNER INTERNATIONAL CORP., Appellant.—Order, Supreme Court, New York County (Emily Goodman, J.), entered on August 12, 1985, which was recalled, and the substituted order of said court, entered on October 28, 1985, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. No opinion. Concur—Fein, J. P., Milonas, Rosenberger, Ellerin and Wallach, JJ.